IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RICKEY LEE UPSHAW,

    Plaintiff,

v.

JESSICA HOWARD; OFFICER HILL; and
TERRY JONES,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-98

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 6. Plaintiff did not file any Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, doc. 6, as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 1st day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA